IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collier, Roland O | Case Number: 06 B 02642 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/27/07 | Filed: 3/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: June 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,901.72 | |
| Secured: | | 11,935.27 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 319.96 |
| Trustee Fee: | | 646.49 |
| Other Funds: | | 0.00 |
| Totals: | 12,901.72 | 12,901.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 319.96 |
| 2. | Ameriquest Mortgage Company | Secured | 20,258.10 | 11,870.62 |
| 3. | City Of Chicago | Secured | 453.21 | 64.65 |
| 4. | Ameriquest Mortgage Company | Secured | 13,254.14 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 189.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 128.86 | 0.00 |
| 7. | ACC Consumer Finance | Unsecured | 1,702.92 | 0.00 |
| 8. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 9. | Rogers Pontiac | Unsecured | | No Claim Filed |
| 10. | Silverleaf Resorts Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,486.23 | $ 12,255.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 312.11 |
| 4.8% | 201.81 |
| 5.4% | 132.57 |
| | _____ |
| | $ 646.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Collier, Roland O | Case Number: 06 B 02642 |
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 3/16/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        */s/ Denise Ashley*